1  Paul F. Kent
2  550 Marina Pkwy. E-2 #92
3  Chula Vista, Ca. 91910
4  Telephone : (619) 467-6456
5  pro se

FILED

08 JUN 16 PM 2:53

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:                    CP
                              DEPUTY

7   UNITED STATES DISTRICT COURT FOR
8   SOUTHERN DISTRICT OF CALIFORNIA

9   Paul F. Kent                    Case No 08 CV 1061 DMS POR

11              Plaintiff           COMPLAINT FOR SALVAGE
12      vs.                         TITLE OF VESSEL "NEPTUNES
                                    PALACE"
13  UNITED STATES

15              Defendant           IN ADMIRALTY
                                    NOTE: IMMEDIATE WARRANT
16                                       REQUIRED

18  TO THE DISTRICT COURT:

20     This case is a claim for salvage of the vessel "Neptunes
21  Palace" of Federal Rule 9h, Supplemental Admiralty Rules
22  C (3) a (ii)(A) for arrest warrant, and c (5) for unlawfull
23  removal and/or destruction of parts of the vessel "Neptunes
24  Palace" This vessel is presently in the possession of Marine
25  Group Boat Works (See Ex. A) scheduled for destruction and
26  under the presumption that the San Diego Unified Port District
27  (Port) who contracted the vessel destruction was the true
28  owner, where in fact, since the Marine Group raised the vessel

1.

Complaint

cR

1  from submerged lands belonging to the United States (see
2  argument), the vessel actually belongs to the United States, and
3  such is ripe for salvage claim by plaintiff Kent.
4
5
6                                    16 JUN 08  Paul F. Kent
7                                               Paul F. Kent
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                    2.

                                 Complaint

BLUEBIRDOnline.com (888) 477 - 0700

EXHIBIT A

FREE

# THE LOG

## California's Boating and Fishing News



**It's Showtime** — The Marina del Rey Boat Show returns to Burton Chace Park just in time for Father's Day weekend. June 12-15. A15

## San Diego Local Boating News Since 1971

June 13 - 26, 2008



The Party's Over — After years of raging parties and celebrations, *Neptune's Palace* was removed from the water in Chula Vista and currently awaits demolition at the Marine Group Boat Works.

*Photo courtesy of Marine Group Boat Works*

# Neptune's Palace Hauled Out of San Diego Bay

**Vessel awaits dismantling at Marine Group Boat Works**

*By Ambrosia Sarabia*

CHULA VISTA — Disco nights and wild parties afloat are now only distant memories for boaters in South San Diego Bay. But the infamous 120-foot floating 1980s nightclub *Neptune's*

*Palace*, where many a raucous celebration took place, lived on as a navigational hazard — until last week.

The vessel, which lasted far longer than the disco era, had been sitting off Chula Vista since the early 1980s. *Neptune's Palace* was finally hauled out of South San Diego Bay June 3, thanks to action by the Port of San Diego.

The port made the decision to

NEPTUNE'S PALACE page A2

## Neptune's Palace

*From Page A1*

remove Neptune's Palace after it was declared an environmental hazard that was harming eel grass and marine life. Problems began in 2003, when the three-story-tall boat broke from its mooring during a storm and drifted into shallow water, according to the port.

Marine Group Boat Works, working under a $331,000 contract with the port, raised the vessel and towed it to the boat yard, located 670 yards away. A traveling crane was then used to lift the vessel out of the water and place it on dry land at the yard.

The former party palace now awaits an assessment to determine whether it contains any hazardous materials. Once that is completed, the boat will be dismantled and trucked away for proper disposal, according to the port.



1  Paul F. Kent
2  550 Marina Parkway, P.M. B92
3  Chula Vista, Ca. 91910
4  Telephone (619) 467-6456
5  pro se

8           UNITED STATES DISTRICT COURT
9           SOUTHERN DISTRICT OF CALIFORNIA

11  PAUL F. KENT                   )   Case No. '08 CV 1061 DMS POR
12             Plaintiff           )   PETITION FOR SALVAGE TITLE
13  VS.                            )   TO ABANDONED VESSEL
14  UNITED STATES                  )   "NEPTUNES PALACE"
15             Defendant           )   IN ADMIRALTY, IN REM

17      This petition is directed at the salvaging of the abandoned
18  vessel "Neptunes Palace" formally grounded on the shoals in the
19  center of the southern portion of San Diego Bay, California.
20  This vessel is within the jurisdiction of this court. She is 120 ft.
21  long, 40 foot wide and three stories high, has no propulsion system
22  and was designed as a floating aquarium and restaurant with
23  a capacity for 500 adults. The entire first floor is surrounded
24  by large under water double-glazed viewing windows strategically
25  placed so the dining patrons would have an under water view. The
26  second floor is dedicated for machinery and storage. The third
27  is a combination restaurant, bar, and dance floor. The first two
28  floors are constructed of . . . . . . . . . . . . . . . . . . . . . . . . . . .

1.

Petition

1    heavy steel plate that has been heavily coated with an asphalt material.  The bottom of the vessel

2    consists of a reinforced concrete slab for ballast and extends to the length and width of the

3    structure.  The bottom has no leaks and has no rust inside and out.  She is structurally sound in all

4    respects.  The third story is constructed of wood, has no sign of dry rot and just needs paint for

5    cosmetic reasons.  The roof is excellent, however the interior is a shambles because she has been

6    stripped of her furnishings, fixtures and appliances.  She had four 27-foot outrigger pontoons for

7    stability, a 40-foot towboat and four 40-foot tenders now destroyed by the state authority

8    S.D.U.P.D.  They have seized the vessel for violation of a no anchoring ordinance and expect to

9    destroy her soon.  Without the out rigger pontoons the vessel will not float.

10   2.  The petitioner Paul F. Kent, is a citizen of the United States who resides within the District Court

11   jurisdiction and is qualified to administer the vessel after this court orders Kent salvage right, order

12   the Port District to replace the four flotation pontoons, 40 foot tow boat and four tenders that were

13   unlawfully taken without salvage rights.

14

15                          **STATEMENT OF JURISDICTION**

16

17        This District Court has exclusive jurisdiction over Admiralty and in removal salvage cases

18   such as this by way of the United States Constitution Article III, section 2: Judiciary Act of 1789,

19   rule 9 h, Supplemental Rule A (2), C(1)(b), C 5 and 28 U.S.C. 1333 as follows:

20        The district courts shall have original jurisdiction exclusive of the courts of the States of :(1)

21             Any civil case of admiralty or maritime jurisdiction, saving to suitor in all cases all

22             other remedies to which they are otherwise entitled (28 U.S.C. 1333 in part)

23        Case law in support of the above is as follows:

24             "Proceedings in removal, that is those against the vessel, are within exclusive

25             jurisdiction of admiralty and of Federal Districts." (Chambers V. Parker (1967) 263

26             F. Supp.602)

27

28

*Petition*

1    The waters of San Diego Bay are navigable waters of the United States that are open sea

2   and, therefore, Admiralty jurisdiction and the District Courts jurisdiction over salvage of abandoned

3   wrecks as follows:

4        "Doctrine of concurrent jurisdiction did not permit state to exercise plenary

5        authority to administer abandoned property lying on lands underlying the ocean

6        within the territorial boundaries." (Cobb V. Abandoned Sailing Vessel, D.C. Fl,

7        1981 525 F. Supp 186)

8        "The District Court in Admiralty has exclusive jurisdiction over all questions as to

9        salvage services to vessels afloat or wrecked on the high seas or the public waters

10       of the United States." (Houseman V. Schooner N. Carolina, 1841, 40 V.S. 40, 10 L.

11       ED 653 in part)

12    Note: Kent will show the court herein proof that San Diego Bay is public water of the United

13   States.

14

15    Mr. Kent acquires jurisdiction and his right to claim salvage rights against all other

16   claimants as provided by maritime and international law as follows:

17       "General principle of maritime and international law dictate that an abandonment

18       constitutes a repudiation of ownership and that a party taking possession under

19       salvage operations maybe considered a finder under the doctrine of 'animus

20       revertendi' i.e. the owner has no intention of returning. Ownership in the vessel

21       would then vest in the finder by operation of law" (Florida V. Treasure Salvers

22       (1982) 102 s. Cf. 3304, at footnote 8, quoting Treasure Salvers V. Abandoned

23       Sailing Vessel, 408 F. Supp. 907 at 909, se EXE.)

24    The S.D.U.P.D. presently claims title to the vessel by state law but cannot support a claim

25   of sovereign immunity from this action under the 11th amendment because their enabling act

26   states, without exception, that the district and the board may sue and be sued in all actions and

27   proceeding in all courts and tribunal of competent jurisdiction.(Harbors and Naval Code, app. 1

28

-3-

*Petition*

Sect 23 in part, see EX.C.) This Act of state legislature constitutes a waiver of their immunity from prosecution. (See Florida salvers claim above.)

The Federal and State rule of property dictates that abandoned vessels found to be resting on bottom lands belong to the sovereign who has title to those bottom lands (see Florida V. Treasure Salvers id.) and since the sovereign in this case is the United States (see argument herein) the wreck belongs to the United States, that is until someone claims salvage rights.

## SECOND CAUSE OF ACTION
## (DECLARATORY RELIEF)

1.  It is my belief that the subject vessel will be destroyed as promised within the next few days unless this Court issues a warrant *Ex Parte* for seizure in order to preserve the evidence and this Court's jurisdiction over the res. I pray that this seizure will occur A.S.A.P.

2.  It is further my prayer that this court investigates all those responsible for these listed violations and sees that they are held accountable by whatever means this court deems appropriate.

3.  It is also my prayer that this court eventually orders the release and return of the said vessel to its original location and in its original condition.

4.  I pray that this court awards reasonable attorney fees and costs to the Plaintiff and a permanent injunction to the defendant.

## CONCLUSION

The defendant has assumed, under color of law, the authority to seize, tow, store, destroy or sell the said vessel at their will, without restriction from any outside sources.  This kind of authority is likened to the "absolute power" of a dictator.  They were not elected by the public but were granted their powers by way of the seven commissioners of the local San Diego Unified Port District, a state entity created by the

-4-

*Petition*

1 | State Legislature. Their obvious goal is to regulate all anchored vessels out of existence. There are no

2 | known court actions in progress at this time.

3 | Dated: *16 JUN 08*        *Paul F. Kent*

4 |                          PAUL F. KENT

5 |

6 | **VERIFICATION**

7 |     I, Paul F. Kent, verify under penalty of perjury that the foregoing is true and accurate to the best of

8 | my knowledge in all respects whatsoever.

9 |

10 |              *Paul F. Kent*

11 |                          PAUL F. KENT

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

*Petition*

*JS 44  (Rev. 12/07)

## CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
Paul F. Kent

**DEFENDANTS**
United States

(b) County of Residence of First Listed Plaintiff  San Diego Ca.
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  San Diego, Ca.
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

FILED
PM 2:53
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ CP _____ DEPUTY

(c) Attorney's (Firm Name, Address, and Telephone Number)
550 Marina Parkway #92
Chula Vista, Ca. 91910   (619) 467-4456

Attorneys (If Known)

**08 CV 1061 DMS POR**

### II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff
☒ 3  Federal Question (U.S. Government Not a Party)
☐ 2  U.S. Government Defendant
☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT   (Place an "X" in One Box Only)

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**

**PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury

**PERSONAL INJURY**
☐ 362 Personal Injury - Med. Malpractice
☐ 365 Personal Injury - Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodations
☐ 444 Welfare
☐ 445 Amer. w/Disabilities - Employment
☐ 446 Amer. w/Disabilities - Other
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence
**Habeas Corpus:**
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**FORFEITURE/PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs.
☐ 660 Occupational Safety/Health
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt.Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus - Alien Detainee
☐ 465 Other Immigration Actions

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☒ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Information Act
☐ 900Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

### V. ORIGIN   (Place an "X" in One Box Only)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USCA 1-333
Brief description of cause:
Salvage claim. Unlawful Seizure, towing, storage of vessel

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☐ No

### VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____      DOCKET NUMBER _____

DATE  16 JUN 08

SIGNATURE OF ATTORNEY OF RECORD  Paul F. Kent

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

CM

JS 44 Reverse (Rev. 12/07)

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.**    **(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**    **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III.**    **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.**    **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.**    **Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**VI.**    **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.**    Example:    U.S. Civil Statute: 47 USC 553
Brief Description: Unauthorized reception of cable service

**VII.**    **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**    **Related Cases.** This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.