| | |
|---|---|
| PLAINTIFF/PETITIONER/MOVANT'S NAME | 08 JUN 16 PM 2:52 |
| PRISON NUMBER | CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA |
| PLACE OF CONFINEMENT | BY ___ DEPUTY |
| ADDRESS | |

Paul F. Kent
550 Marina Parkway #92
Chula Vista
Ca. 91910  (619) 467-6456

# United States District Court
## Southern District Of California

Paul F. Kent

Plaintiff/Petitioner/Movant

v.

(P.F.K.) ~~San Diego Unified Port District~~ United States  Defendant/Respondent

Civil No. '08 CV 1061 DMS POR

(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I,
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated?    Yes    (No)    (If "No" go to question 2)
   If "Yes," state the place of your incarceration
   Are you employed at the institution?            Yes    (No)
   Do you receive any payment from the institution?    Yes    (No)
[Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 9/97)                                               ::ODMA\PCDOCS\WORDPERFECT\22835\1

2. Are you currently employed?   Yes   (No)
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   _____

   _____

   _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   _1969_____

   _____

   _____

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment       Yes   (No)
   b. Rent payments, royalties interest or dividends      Yes   (No)
   c. Pensions, annuities or life insurance               (Yes)  No
   d. Disability or workers compensation                  Yes   (No)
   e. Social Security, disability or other welfare        Yes   (No)
   e. Gifts or inheritances                               Yes   (No)
   f. Spousal or child support                            Yes   (No)
   g. Any other sources                                   Yes   (No)

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.
   __V.A. pension   $930 month_____

   _____

4. Do you have any checking account(s)?   Yes   (No)
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?   (Yes)   No
   a. Name(s) and address(es) of bank(s): Bank of America
   b. Present balance in account(s): 55 Rosecrans St
                                     San Diego

6. Do you own an automobile or other motor vehicle?   (Yes)   No
   a. Make: Volvo        Year: 1986    Model: 740
           Ford                1977           F-250
   b. Is it financed?   Yes   (No)
   c. If so, what is the amount owed?

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   Yes ___  (No)
   If "Yes" describe the property and state its value. _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   *None*

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):

   Driscoll's Wharf $475 per month
   Storage Brown Field $300     "

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):

    *None*

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses.

    *None*

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_____      __Paul F. Kent_____
DATE                                                  SIGNATURE OF APPLICANT