# UNITED STATES DISTRICT COURT

### Southern District of California

Paul F. Kent

                      Plaintiff,

v.                                            Case No.: 3:08−cv−01061−DMS−POR

                                                   Judge  Dana M. Sabraw

United States

                      Defendant.

### JUDGMENT IN A CIVIL CASE

\_\_\_\_\_       **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_**X**\_\_       **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Plaintiff's claim is dismissed without prejudice

W. Samuel Hamrick, Jr.,<br>Clerk of the Court

Date: 6/24/08

By: s/ L. Odierno, Deputy Clerk<br><br>ENTERED ON: June 24, 2008